# Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLOS BENAVIDES AS INDEPENDENT | § | |
| ADMINISTRATOR OF THE ESTATE | § | |
| OF CATARINA ABREGO BENAVIDES, | § | |
| DECEASED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-cv-00174 |
| | § | |
| | § | |
| | § | |
| WAL-MART STORES TEXAS LLC | § | |

<u>PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CARLOS BENAVIDES AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF CATARINA ABREGO BENAVIDES, DECEASED, hereinafter referred to as Plaintiff, and files this his First Amended Original Complaint against WAL-MART STORES TEXAS LLC, hereinafter referred to as Defendant, and for cause of action will show the Court the following:

<u>PARTIES</u>

1. Carlos Benavides is an individual who resides in Hidalgo County, Texas. Catarina Abrego Benavides was the original Plaintiff who filed suit against Defendant in this cause. Catarina Abrego Benavides passed away. The Hidalgo County Probate Court appointed Carlos Benavides to be the independent administrator of Catarina Abrego Benavides' estate. This Court has ordered that Carlos Benavides as Independent Administrator of the Estate of Catarina Abrego Benevides, Deceased, be

substituted as the Plaintiff in this cause and be allowed to prosecute Catarina Abrego Benavides' case against Defendant in this cause.

2. Defendant Wal-Mart Stores Texas LLC is a duly licensed limited liability company in Texas. Defendant Wal-Mart Stores Texas LLC has been served with process and filed an answer in this cause.

## CLAIM FOR RELIEF

3. Plaintiff is seeking monetary relief from Defendant in an amount of money that is more than $200,000.00, but less than $1,000,000.00.

## VENUE & JURISDICTION

4. The incident described hereinbelow occurred in Elsa, Hidalgo County, Texas. This case was originally filed in state district court in Edinburg, Hidalgo County, Texas. Plaintiff and Defendant are citizens of different states. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Defendant removed this case to the United States District Court, Southern District of Texas, McAllen Division based on diversity jurisdiction between Plaintiff and Defendant. Venue for this cause of action therefore lies in the United States District Court, Southern District of Texas, McAllen Division, and this Court has jurisdiction of the cause of action.

## FACTS

5. On October 7, 2016, Catarina Abrego Benavides (Catarina), who was 72 years of age, was shopping at Defendant's Wal-Mart store located in Elsa, Hidalgo County, Texas. Catarina purchased containers of water in the store. She paid for the containers

of water in the checkout area. The containers were placed in her shopping cart, and then she pushed the shopping cart out of the store and to her car that was parked in the store parking lot. A male employee of Defendant followed Catarina to her car to assist her with removing the containers from her shopping cart and placing them in her car. As Catarina was pushing the shopping cart near her car, the employee grabbed the shopping cart and pulled the cart toward himself to begin removing the containers from the shopping cart. The employee caused Plaintiff to be pulled forward, let go of the handles of the cart, lose her balance, fall to the ground, and suffer injuries and damages.

CAUSE OF ACTION BASED ON COMMON LAW<br>NEGLIGENCE/NEGLIGENT ACTIVITY AND PROXIMATE CAUSE

6. At the time of the incident described hereinabove, Defendant's employee pulled the shopping cart as Catarina was pushing it, causing her to fall, as a person of ordinary prudence would not have done under the same or similar circumstances. This negligence by Defendant's employee was the sole proximate cause or a proximate cause of the incident described hereinabove and of the injuries and damages suffered by Plaintiff, as set out hereinbelow.

DAMAGES

7. As a proximate cause of the negligence of Defendant in causing the incident described hereinabove, Catarina suffered injuries, suffered physical pain and mental anguish in the past, suffered physical impairment in the past, suffered physical disfigurement in the past, and incurred medical expenses in the past. Plaintiff is

seeking monetary relief from Defendant in and amount that is more than $200,000.00, but less than $1,000,000.00, as compensation for her damages.

VICARIOUS LIABILITY

8.   At the time of the incident described hereinabove, Defendant's employee who pulled the shopping cart and caused Catarina to fall and suffer injuries and damages, as described hereinabove, acted within the course, scope, and authority of his employment relationship with Defendant. Defendant should therefore be held vicariously liable to Plaintiff for all of Plaintiff's damages alleged herein.

PREJUDGMENT AND POSTJUDGMENT INTEREST

9.   Plaintiff further sues Defendant herein for prejudgment interest at the maximum rate allowed by law on those damages where such interest may be assessed and for postjudgment interest at the maximum rate allowed by law on all of Plaintiff's damages from the date of judgment until the judgment is paid in full.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing, he have judgment against Defendant for all of Catarina Abrego Benavides' damages hereinabove alleged, for prejudgment and postjudgment interest, and for any and all other relief, both general and special, in law and in equity, and for all costs of Court expended.

Respectfully Submitted,

/s/ *Michael J. Cisneros*

**Michael J. Cisneros**
Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
**Arturo Cisneros,** Attorney
State Bar No.: 00789224
Southern District Bar No.: 19521
THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone:  (956) 682-1883
Facsimile:    (956) 682-0132
Email:  email@cisneroslawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this _____ day of August, 2019, a true and correct copy of Plaintiff's First Amended Original Complaint was sent to counsel for Defendant via electronic mail.

/s/ *Michael J. Cisneros*
MICHAEL J. CISNEROS

5