**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **CARLOS BENAVIDES AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF CATARINA ABREGO BENAVIDES, DECEASED** | § § § § § | |
| **V.** | § § | **CIVIL ACTION NO. 7:17-cv-00174** |
| **WAL-MART STORES TEXAS, L.L.C.** | § | |

### STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Carlos Benavides as Independent Administrator of the Estate of Catarina Abrego Benavides, Deceased; Defendant is Wal-Mart Stores Texas, LLC.

2. On March 29, 2017, Plaintiffs sued Defendant.

3. On May 5, 2017, Defendant removed this matter to federal court under 28 U.S.C. §1441(B), diversity.

5. Defendant, who has served an Answer, agrees to the dismissal.

6. The parties have reached and entered into a settlement agreement disposing of all claims asserted by Plaintiffs against Defendant.

7. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice.

Date: **November 8, 2019**.

        Respectfully submitted,

        **THE CISNEROS LAW FIRM**

        /s/ *Michael J. Cisneros*
        Michael J. Cisneros, Attorney in Charge
        SBN: 00793509; FED ID No. 19522
        Arturo Cisneros, Attorney of Record
        SBN: 00789224; FED ID No. 19521
        312 Lindberg
        McAllen, Texas 78501
        Telephone: (956) 682-1883
        Facsimile: (956) 682-0132
        Email: email@cisneroslawfirm.com
        **COUNSEL FOR PLAINTIFF,**
        **CARLOS BENAVIDES AS INDEPENDENT**
        **ADMINISTRATOR OF THE ESTATE OF**
        **CATARINA ABREGO BENAVIDES, DECEASED**

        **DAW & RAY, L.L.P**

        */s/ Jaime A. Drabek*
        Jaime A. Drabek, Attorney in Charge
        SBN: 06102410; FED ID No. 8643
        Ricardo G. Benavides, Attorney of Record
        SBN: 24031735; FED ID No. 32205
        3900 N. 10th Street, Suite 950
        McAllen, Texas 78501
        Telephone: (956) 687-3121
        Facsimile: (956) 686-3188
        Email: jdrabek@dawray.com
        **COUNSEL FOR DEFENDANT,**
        **WAL-MART STORES TEXAS, L.L.C.**